UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONSTANCE MILLER,

    Plaintiff,

v.                          Case No.: 8:09-cv-1091-T-33AEP

UNIVERSITY OF SOUTH
FLORIDA, INC.,

    Defendant.
_____/

## ORDER

Plaintiff's Joint Stipulation of Dismissal with Prejudice (Doc. 17) is before the Court for consideration. Plaintiff informs the Court that the parties have settled this case and seeks an order dismissing it with prejudice, with each party to bear their respective attorneys' fees and costs.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

This case is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this <u>28th</u> day of August 2009.

                                      VIRGINIA M. HERNANDEZ COVINGTON
                                      UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record